UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
JAMES J. VILT, JR. - CLERK

MAR - 4 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**JAMAHLL TODD**

INDICTMENT

NO. 3:26 – CR – 33 – DJH

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
18 U.S.C. § 924(e)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 851
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
### (Possession with Intent to Distribute Cocaine)

On or about February 7, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JAMAHLL TODD**, knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 2
### (Possession of a Firearm by a Prohibited Person)

On or about February 7, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JAMAHLL TODD**, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, model 23, .40 caliber pistol, bearing serial number GHV590; a Garaysar,

model Fear-105, 12 gauge semi-automatic shotgun, bearing serial number 20G-6683; a Sig Sauer, model P365, 9 millimeter x 19 pistol, bearing serial number 66A550340; a Ruger, model AR-556, 5.56 caliber rifle, bearing serial number 859-52733; a Black Rain Ordinance, model SPEC15, 5.56 caliber rifle, bearing serial number SM024200; an Intratec, model AB-10, 9 millimeter semi-automatic pistol, bearing serial number A034391, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about February 15, 2013, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 11-CR-002827-001, **JAMAHLL TODD**, was convicted of the offenses of enhanced trafficking in a controlled substance, 1st degree, 1st offense (4 grams cocaine or more), convicted felon in possession of a handgun, and complicity to criminal possession of a forged instrument, 1st degree; and

On or about July 10, 2007, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 06-CR-000107, **JAMAHLL TODD**, was convicted of the offenses of reckless homicide, assault under extreme emotional disturbance, tampering with physical evidence, and possession of a handgun/firearm by a convicted felon; and

On or about January 18, 2000, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 99-CR-002904, **JAMAHLL TODD**, was convicted of the offense of trafficking in a controlled substance, 1st degree, 1st offense - cocaine.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

SENTENCING ALLEGATION (18 U.S.C. § 924(e)(1))

The Grand Jury further alleges that, before **JAMAHLL TODD** committed the offense charged in this count, **JAMAHLL TODD**, had at least three previous convictions for offenses qualifying under 18 U.S.C. § 924(e)(2) that were committed on occasions different from one another.

The Grand Jury further charges:

## COUNT 3
### (*Possession of a Firearm in Furtherance of Drug Trafficking*)

On or about February 7, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JAMAHLL TODD**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## INFORMATION OF PRIOR CONVICTION

At the time of the offenses charged in this Indictment, the defendant, **JAMAHLL TODD**, had been convicted of one or more serious drug felony offenses, as defined in Title 21, United States Code, Section 802(58), specifically:

On or about February 15, 2013, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 11-CR-002827-001, **JAMAHLL TODD**, was convicted of the offense of enhanced trafficking in a controlled substance, 1st degree, 1st offense (4 grams cocaine or more), for which he served a term of imprisonment for more than 12 months, and was released from any term of imprisonment within 15 years of the commencement of the instant offense;

and is therefore subject to increased punishment.

Pursuant to Title 21, United States Code, Sections 841 and 851.

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), as charged in this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **JAMAHLL TODD**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of said offense, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment, including, but not

limited to, a Glock, model 23, .40 caliber pistol, bearing serial number GHV590; a Garaysar, model Fear-105, 12 gauge semi-automatic shotgun, bearing serial number 20G-6683; a Sig Sauer, model P365, 9 millimeter x 19 pistol, bearing serial number 66A550340; a Ruger, model AR-556, 5.56 caliber rifle, bearing serial number 859-52733; a Black Rain Ordinance, model SPEC15, 5.56 caliber rifle, bearing serial number SM024200; an Intratec, model AB-10, 9 millimeter semi-automatic pistol, bearing serial number A034391, and ammunition.

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(c)(1)(A), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **JAMAHLL TODD,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses including, but not limited to a Glock, model 23, .40 caliber pistol, bearing serial number GHV590; a Garaysar, model Fear-105, 12 gauge semi-automatic shotgun, bearing serial number 20G-6683; a Sig Sauer, model P365, 9 millimeter x 19 pistol, bearing serial number 66A550340; a Ruger, model AR-556, 5.56 caliber rifle, bearing serial number 859-52733; a Black Rain Ordinance, model SPEC15, 5.56 caliber rifle, bearing serial number SM024200; an Intratec, model AB-10, 9 millimeter semi-automatic pistol, bearing serial number A034391, and ammunition.

A TRUE BILL.

☐ Redacted

FOREPERSON

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:FED:03042026

4

UNITED STATES OF AMERICA v. **JAMAHLL TODD**

## PENALTIES

Count 1: NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs./NM Life Supervised Release
(NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs. Supervised Release (with one or more prior qualifying convictions))
Count 2: NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release
(NL 15 yrs./$250,000/both/NM 3 yrs. Supervised Release with three qualifying convictions under 18 U.S.C. § 924(e)(1))
Count 3: NL 5 years/$250,000/both/NM 5 yrs. Supervised Release (consecutive)

FORFEITURE

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

    1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

    2.      Give bond for payment thereof.

    18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| --- | --- |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.